Traci S. Lagasse (SBN: 180976)
tlagasse@lbbklaw.com
Sergio Chaidez (SBN: 294250)
schaidez@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121
Telephone: (858) 345-5080
Facsimile: (858) 345-5025

Attorneys for Defendant
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE JAMES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and DOES 1-100, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. 1:25-cv-0118-BAM<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Barbara A. McAuliffe<br>Dept.: 8<br><br>Complaint filed: 01/29/2025<br>Trial date: |

　　Plaintiff Dominique James and Defendant The Church of Jesus Christ of Latter-Day Saints stipulate as follows:

1. This case involves allegations of childhood sexual abuse by non-parties.
2. Plaintiff filed her Complaint on January 29, 2025.
3. On January 29, 2025, this Court issued an Order Setting Mandatory Scheduling Conference, setting the Mandatory Scheduling Conference for April 30, 2025.
4. Plaintiff filed her First Amended Complaint on February 4, 2025.
5. On April 11, 2025, Plaintiff provided Defendant with her Notice of Lawsuit & Request to Waive Service of Summons.
6. On April 18, 2025, Defendant's counsel signed and returned the Waiver

-1-
STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND [PROPOSED] ORDER

1. of Service of Summons to Plaintiff's counsel.
7. The parties' respective counsel were unable to confer as required under Federal Rules of Civil Procedure, rule 26(f), given that Defendant only recently waived service.
8. The parties desire to meet and confer as required under Federal Rules of Civil Procedure, rule 26(f), and prepare their proposed joint discovery plan.
9. Thus, Plaintiff and Defendant stipulate to continuing the Mandatory Scheduling Conference 90 days from April 30, 2025, or to another date convenient for this Court.
10. Based on the foregoing, and just cause shown, the parties request that this Court vacate and continue the Mandatory Scheduling Conference currently set for April 30, 2025.

**IT IS SO STIPULATED.**

Dated: April 23, 2025

LAGASSE BRANCH BELL + KINKEAD LLP

By: _____
Traci S. Lagasse
Sergio Chaidez
Attorneys for Defendant
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

Dated: April 23, 2025

ANDREWS & THORNTON

By: _____
Anne Andrews
Sean Thomas Higgins
Kimberly DeGonia
Ryan McIntosh
Attorneys for Plaintiff
DOMINIQUE JAMES

# ORDER

Pursuant to the parties' stipulation, and cause appearing, the Mandatory Scheduling Conference set for April 30, 2025, in this case is continued to **July 30, 2025, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling Report at least seven (7) days prior to the conference. The parties shall appear at the conference remotely with each party connecting by Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:  **April 24, 2025**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE