Anne Andrews, Esq., (SBN 103280)
Sean Thomas Higgins, Esq., (SBN 266888)
Kimberly DeGonia, Esq., (SBN 256989)
Ryan McIntosh, Esq., (SBN 328042)
**ANDREWS & THORNTON**
4701 Von Karman Ave., Ste. 300
Newport Beach, CA 92660
Tel.: (949) 748-1000
Fax: (949) 315-3540
survivor@andrewsthornton.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE JAMES | Case No.: 1:25-cv-00118 |
| Plaintiff, | |
| vs. | **FIRST AMENDED COMPLAINT FOR DAMAGES** |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and DOES 1-100, INCLUSIVE | **1. NEGLIGENCE** |
| Defendant(s). | **2. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |
| | **DEMAND FOR JURY TRIAL** |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Dominique James, hereby dismisses her First Amended Complaint ("Complaint") filed against The Church of Jesus Christ of Latter-Day Saints, and Does 1-100, Defendants. In support thereof, Plaintiff affirmatively states that, as of the date of filing this Notice of Dismissal, no Answer or Summary Judgment motion has been filed by any Defendant and that all Court costs have been paid. Plaintiff further states that no prior dismissal of her Complaint has been made.

1  DATED: June 6, 2025

2                                    _Ryan M McIntosh_

3                                    Anne Andrews, Esq.
                                     Sean Thomas Higgins, Esq.
4                                    Kimberly DeGonia, Esq.
                                     Ryan McIntosh, Esq.
5                                    ANDREWS & THORNTON
                                     survivor@andrewsthornton.com
6
7                                    *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2            This is to certify that on June 6, 2025, I served a true and accurate copy of the following:

3      **NOTICE OF DISMISSAL** electronically with the Clerk of Court via the CM/ECF system

4      which sent electronic notification of this filing to all registered counsel of record via email.

5

6      DATED: June 6, 2025

7      *[signature: Ryan M McIntosh]*

8      Anne Andrews, Esq.
       Sean Thomas Higgins, Esq.

9      Kimberly DeGonia, Esq.
       Ryan McIntosh, Esq.

10     ANDREWS & THORNTON
       4701 Von Karman Ave., Suite 300

11     Newport Beach, CA 92660

       survivor@andrewsthornton.com

12

13     *Attorneys for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28